| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**           **Philadelphia Orthodontics P.C.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**           **30-0734532**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1420 Walnut Street, Suite 518** <br> **Philadelphia, PA 19102** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Philadelphia** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    **www.philadelphia-orthodontics.com**

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Philadelphia Orthodontics P.C.**  Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **6212**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** *that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Philadelphia Orthodontics P.C.**    Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Joshua Davis**    Relationship **100% Shareholder**

District **Eastern District of Pennsylvania**    When **5/21/24**    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Philadelphia Orthodontics P.C.**     Case number (*if known*) _____
    Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Philadelphia Orthodontics P.C.**  Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 21, 2024**
             MM / DD / YYYY

**X /s/ Joshua Davis**                              **Joshua Davis**
Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Paul J. Cordaro**                   Date  **May 21, 2024**
Signature of attorney for debtor                  MM / DD / YYYY

**Paul J. Cordaro**
Printed name

**Campbell & Levine, LLC**
Firm name

**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone  **412-261-0310**     Email address  **pcordaro@camlev.com**

**85828 PA**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Philadelphia Orthodontics P.C. | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | | Small Business Credit Card | | | | $40,098.24 |
| Bank of America PO Box 15019 Wilmington, DE 19886-5019 | Tia Powell tia.powell@bofa.com 800-360-0667 Ext 5900 | Small Business Credit Card | | | | $31,135.09 |
| Bank of America P.O. Box 5270 Carol Stream, IL 60197 | Tia Powell tia.powell@bofa.com 800-360-0667 Ext 5900 | Secured Business Credit Line | | $83,807.52 | Unknown | $1.00 |
| Bank of America Small Business Credit PO Box 15019 Wilmington, DE 19886-5019 | Tia Powell tia.owell@bofa.com 800-360-0667 ext 5900 | Small Business Credit Card | | | | $101,261.82 |
| Biz2Credit c/o Itria Ventures, LLC 1000 N. West St. #1200 Wilmington, DE 19801 | Onkar Singh onkar.singh@itriaventures.com 646-569-9155 | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $333,125.00 |
| Clarion Financial 295 CenterPoint Blvd. Pittston, PA 18640 | | 3D Printers | | $28,526.52 | $0.00 | $1.00 |
| Clarion Financial 295 CenterPoint Blvd. Pittston, PA 18640 | | X-Ray Machine | | $91,364.20 | Unknown | $1.00 |

| Debtor | **Philadelphia Orthodontics P.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forward Financing, LLC**<br>**36 Broomfield St.**<br>**Second Fl.**<br>**Boston, MA 02108** | | **Merchant Cash Advance** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $58,083.50 |
| **Fourteen Twenty Associates, L.P.**<br>**100 S. Broad Street**<br>**Suite 1300**<br>**Philadelphia, PA 19110** | | **Rent Arrearages** | | | | $25,300.00 |
| **Hill, Barth & King, LLC**<br>**2564 Brunswick Pike**<br>**Lawrence Township, NJ 08648** | | **Accounting Services** | **Unliquidated**<br>**Disputed** | | | $9,218.15 |
| **Internal Revenue Service**<br>**PO Box 8669**<br>**Philadelphia, PA 19162-8669** | | **Federal Income Tax on Business Earnings** | **Unliquidated** | | | $0.00 |
| **Invisalign**<br>**c/o Align Technology**<br>**410 North Scottsdale Rd.**<br>**Tempe, AZ 85288** | | **Trade Debt** | | | | $59,346.58 |
| **Parkview Advance**<br>**600 Summer Street**<br>**Suite 204**<br>**Stamford, CT 06901** | **Albert Diaz**<br><br>**albert@tritonrecoveryllc.com** | **Merchant Cash Advance** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $40,098.25 |
| **Pennsylvania Department of Revenue**<br>**Department 280406**<br>**Harrisburg, PA 17128** | | **Income Tax on Business Earnings** | **Unliquidated** | | | Unknown |
| **Philadelphia Department of Revenue**<br>**1401 John F. Kennedy Blvd.**<br>**Philadelphia, PA 19102** | | **Municipal Taxes** | **Unliquidated** | | | Unknown |
| **Rapid Finance**<br>**4500 East Highway**<br>**6th Floor**<br>**Bethesda, MD 20814** | | **Merchant Cash Advance** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $50,731.45 |

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America Small Business Credit
PO Box 15019
Wilmington, DE 19886-5019

Biz2Credit
c/o Itria Ventures, LLC
1000 N. West St. #1200
Wilmington, DE 19801

Clarion Financial
295 CenterPoint Blvd.
Pittston, PA 18640

Forward Financing, LLC
36 Broomfield St.
Second Fl.
Boston, MA 02108

Fourteen Twenty Associates, L.P.
100 S. Broad Street
Suite 1300
Philadelphia, PA 19110

Hill, Barth & King, LLC
2564 Brunswick Pike
Lawrence Township, NJ 08648

Internal Revenue Service
PO Box 8669
Philadelphia, PA 19162-8669

Invisalign
c/o Align Technology
410 North Scottsdale Rd.
Tempe, AZ 85288


James and Marilyn Davis, Trustees
Davis Family Trust
6093 Triple Crown Circle
Greensburg, PA 15601


Joshua Davis
2009 Kimball Street
Philadelphia, PA 19146


Parkview Advance
600 Summer Street
Suite 204
Stamford, CT 06901


Pennsylvania Department of Revenue
Department 280406
Harrisburg, PA 17128


Philadelphia Department of Revenue
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102


Rapid Finance
4500 East Highway
6th Floor
Bethesda, MD 20814


Tia Powell
Officer, Client Relationship Associate
Practice Solutions- Bank of America
600 N. Cleveland Avenue, Suite 300
Westerville, OH 43082

```
Triton Recovery Group
c/o Albert Diaz
19790 W Dixie Hwy, Suite 301
Miami, FL 33180
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Philadelphia Orthodontics P.C.**
                              Debtor(s)

Case No.
Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Philadelphia Orthodontics P.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 21, 2024** | **/s/ Paul J. Cordaro** |
| Date | **Paul J. Cordaro** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Philadelphia Orthodontics P.C.** |
| | **Campbell & Levine, LLC** |
| | **310 Grant Street, Suite 1700** |
| | **Pittsburgh, PA 15219** |
| | **412-261-0310 Fax:412-261-5066** |
| | **pcordaro@camlev.com** |

Document      Page 12 of 15

# Attachment A
Statement of Corporate Ownership/Corporate Resolution

# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS IN LIEU OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS

### Dated: May 16, 2024

The undersigned, being the sole director of Philadelphia Orthodontics, P.C., a Pennsylvania professional corporation (the "Corporation"), hereby adopts and ratifies the following resolutions with the same force and effect as if adopted and ratified at a duly convened special meeting of the Board of Directors.

WHEREAS, it is in the best interests of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); it is

RESOLVED, that the filing by the Corporation of a petition for relief under Chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of Pennsylvania is authorized; and it is further

RESOLVED, that: (i) the timing of the filing of bankruptcy case, and (ii) the decision whether to file the Corporation's bankruptcy case under Subchapter V of Chapter 11 of the Bankruptcy Code, shall be made by the Authorized Officer (as defined below) in his sole and absolute discretion (subject always to any further resolution of the Board of Directors of the Corporation); and it is further

RESOLVED, that Joshua Davis, the President of the Corporation (the "Authorized Officer") is hereby authorized, empowered, and directed on behalf of and in the name of the Corporation to execute, verify, and deliver all documents, including, without limitation, a petition, schedule of assets and liabilities, statement of financial affairs, and other ancillary documents, necessary to validly perfect the filing of a Chapter 11 voluntary bankruptcy case; and it is further

RESOLVED, that the Authorized Officer is hereby authorized, empowered and directed on behalf of and in the name of the Corporation to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute, verify, and deliver all necessary documents in connection with such bankruptcy case, with a view to successful prosecution of such bankruptcy case; and it is further

RESOLVED, that the Authorized Officer be and hereby is authorized, empowered, and directed, with full power of delegation, on behalf of and in the name of the Corporation, to execute, verify and/or file, cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, and to take any and all actions that the Authorized Officer deems necessary or appropriate; each in connection with the Corporation's bankruptcy case, including any post-petition financing, or any cash collateral usage contemplated hereby or as may be required during the Corporation's bankruptcy case; and it is further

{C1314621.1}

      RESOLVED, that the Authorized Officer is hereby authorized and directed to employ the law firm of Campbell & Levine, LLC to represent the Corporation in such bankruptcy case and such other attorneys, investment bankers, accountants, financial advisors, and other professionals to assist in the Corporation's bankruptcy case on such terms as are deemed necessary, proper, or desirable by the Authorized Officer and in connection therewith, the Authorized Officer is hereby authorized, directed, and empowered, on behalf of the Corporation, to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of such professionals in the Corporation's bankruptcy case; and it is further

      RESOLVED, that the Authorized Officer and any employees or agents (including counsel) designated by or directed by the Authorized Officer shall be, and each hereby is, authorized, empowered, and directed to cause the Corporation to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approval, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such authorized person shall be necessary, proper, and desirable to prosecute to a successful completion of the Corporation's bankruptcy case; and it is further.

      RESOLVED, that the Authorized Officer and any employees or agents (including counsel) designated or directed by the Authorized Officer be, and hereby are authorized, empowered and directed on behalf of the Corporation to do and perform any and all acts and deeds necessary to carry out the foregoing resolutions; and

      RESOLVED, that all actions heretofore taken by the Authorized Officer and any employees or agents (including counsel) designated or directed by the Authorized Officer on behalf of the Corporation in connection with the Corporation's bankruptcy filing and the transactions contemplated therein and in these resolutions be, and the same are, ratified and approved in all respects.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, the undersigned has duly affixed his signatures on the date and year first written above.

**SOLE DIRECTOR**

*/s/ Joshua Davis*

Joshua Davis, Sole Director
