IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 11
                                          :
PHILADELPHIA ORTHODONTICS, P.C.,          :        BANKR. NO. 24-11728-pmm
                                          :
        Debtor.                           :

## ORDER DETERMINING THAT THE APPOINTMENT OF A
## PATIENT CARE OMBUDSMAN IS NOT REQUIRED AT THIS TIME

AND NOW, this ____ day of July, 2024, upon consideration of the U. S. trustee's

Motion for a determination whether the appointment of a Patient Care Ombudsman pursuant to

11 U.S.C. § 333 is necessary, and any objections or responses thereto, it is now, therefore,

ORDERED as follows:

1.      The appointment of a patient care ombudsman under section 333 of the

Bankruptcy Code is not necessary for the protection of patients at this time.

2.      The U. S. trustee or any party in interest may seek an order for the appointment of

a patient care ombudsman at any time during the pendency of this case based on a change in

circumstances or newly discovered evidence that demonstrates the necessity of an ombudsman to

monitor the quality of patient care and to protect the interests of patients.

3.      The Debtor is a Health Care Business as defined in § 101(27A) of the Bankruptcy

Code and as indicated on the Debtor's Petition.

4.      This Court shall retain jurisdiction regarding all matters arising from or related to

the implementation of this Order.


_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge