IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| PHILADELPHIA ORTHODONTICS, P.C., | : | BANKR. NO. 24-11728-pmm |
| | : | |
| Debtor. | : | |

**ORDER DIRECTING THE APPOINTMENT OF A
PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**

AND NOW, this ____ day of July, 2024, upon consideration of the U. S. trustee's Motion for a determination whether the appointment of a Patient Care Ombudsman pursuant to 11 U.S.C. § 333 is necessary, and any objections or responses thereto, it is now, therefore,

ORDERED, ADJUDGED and DECREED as follows:

The case is designated a health care business case as the Debtor is a health care business as defined in 11 U.S.C. § 101(27A).

IT IS FURTHER ORDERED that the U. S. trustee shall appoint a patient care ombudsman in accordance with 11 U.S.C. § 333.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge