UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| PHILADELPHIA ORTHODONTICS, P.C., | : | BANKR. NO. 24-11728-pmm |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

It is certified that on the  _30th_  day of May, 2024, the United States trustee's Motion to Determine Whether the Appointment of a Patient Care Ombudsman is Necessary, together with the Notice of Hearing thereon was caused to be served electronically via CM/ECF, addressed as follows:

    Paul J. Cordaro, Esq.
    Kathryn L. Harrison, Esq.
    Campbell & Levine, LLC
    310 Grant Street, Suite 1700
    Pittsburgh, Pennsylvania 15219
    pcordaro@camlev.com
    klh@camlev.com

                                             By:   _/s/ Dave P. Adams_
                                                         Trial Attorney