# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PHILADELPHIA ORTHODONTICS, P.C.,<br><br>*Debtor.* | Subchapter V<br>Bankruptcy No. 24-11728-PMM<br><br>Dkt. No. ___<br>Related to Dkt. Nos. 20, 21, and 22 |
| In re:<br><br>JOSHUA DAVIS,<br><br>*Debtor.* | Subchapter V<br>Bankruptcy No. 24-11730-PMM<br><br>Dkt. No. ___<br>Related to Dkt. Nos. 12, 13, and 14 |

## NOTICE OF FILING OF AMENDED AND RESTATED DECLARATION OF PAUL J. CORDARO ON BEHALF OF CAMPBELL & LEVINE, LLC AS PROPOSED COUNSEL TO THE DEBTORS, PHILADELPHIA ORTHODONTICS, P.C. AND JOSHUA DAVIS

    The undersigned hereby gives Notice of the filing of a clean and executed and a redline copy of the *Amended and Restated Declaration of Paul J. Cordaro on Behalf of Campbell & Levine, LLC as Proposed Counsel to the Debtors, Philadelphia Orthodontics, P.C. and Joshua Davis* (the "A/R Declaration"). The clean and executed A/R Declaration is attached hereto as Exhibit A and the redline copy of the A/R Declaration is attached hereto as Exhibit B (marked against the version filed with the Court as an exhibit to: (a) Dkt. No. 21 in Bankruptcy Case No. 24-11728-PMM [In re: Philadelphia Orthodontics, P.C.], and (b) Dkt. No. 13 in Bankruptcy Case No. 24-11730-PMM [In re: Joshua Davis]).

    Respectfully submitted,

Dated: July 10, 2024

By: */s/ Paul J. Cordaro*
Paul J. Cordaro, Esq.
PA I.D. No. 85828
CAMPBELL & LEVINE, LLC
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310
Fax: 412-261-5066
Email: pcordaro@camlev.com

*Proposed Counsel to the Debtor*

**EXHIBIT A**

**(Clean Version of A/R Declaration)**

**[SEE ATTACHED]**

## EXHIBIT B

**(Redlined Version of A/R Declaration)**

**[SEE ATTACHED]**