**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | |
| PHILADELPHIA ORTHODONTICS, P.C. and JOSHUA DAVIS, | ) | Jointly Administered at Bankruptcy No. 24-11728PMM |
| | ) | |
| *Debtors*. | ) | |
| PHILADELPHIA ORTHODONTICS, P.C. and JOSHUA DAVIS, | ) | Docket No. |
| | ) | |
| *Movants*, | ) | Hearing Date and Time: July 10, 2024 at 9:30 a.m. |
| | ) | |
| v. | ) | |
| | ) | Response Deadline: June 10, 2024 |
| NO RESPONDENT. | ) | |

**ORDER AUTHORIZING PROCEDURES
FOR INTERIM COMPENSATION OF PROFESSIONALS**

AND NOW, this __24th__ day of ~~May~~ July, 2024, upon consideration of the *Motion of the Debtors*

*for an Order Authorizing and Establishing Procedures for Interim Compensation Pursuant to*

*Section 331 of the Bankruptcy Code*, it is hereby ORDERED that said Motion is GRANTED.  The

professionals engaged in this case (including the Subchapter V Trustee) are authorized to apply

for reimbursement of fees and expenses every thirty (30) days in compliance with the United States

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules

for the United States Bankruptcy Court for the Eastern District of Pennsylvania.

By the Court:

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE

{C1303244.1 }