**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | |
| PHILADELPHIA ORTHODONTICS, P.C., | ) | Jointly Administered at Bankruptcy No. 24-11728-PMM |
| | ) | |
| *Debtor.* | ) | |
| In re: | ) | |
| | ) | |
| JOSHUA DAVIS, | ) | |
| | ) | Dkt. No. ___ |
| *Debtor.* | ) | |
| | ) | |

**SUMMARY COVER SHEET FOR CAMPBELL & LEVINE, LLC'S FIRST
APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
<u>DEBTOR FOR THE PERIOD FROM MAY 21, 2024 THROUGH JULY 31, 2024</u>**

1.      Campbell & Levine, LLC (the "<u>Applicant</u>" or "<u>Campbell & Levine</u>") was approved as counsel to the Debtor *nunc pro tunc* to May 22, 2024 (the "<u>Petition Date</u>") by this Court entering an *Order* dated July 24, 2024 [Dkt. No. 120].

2.      This is the First Fee Application of Campbell & Levine for the *Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor* (the "<u>Application</u>") covering the period from May 21, 2024, through July 31, 2024 (the "<u>Application Period</u>").

3.      The total amount of the actual, reasonable, and necessary fees and expenses Campbell & Levine incurred during the Application Period is $118,400.50 in fees and $2,822.63 in expenses, for a total of $121,223.13.

4.      The blended hourly rate for this Application is $304.

5.      If a party in interest objects to the allowance and payment of the fees and expenses

set forth in this Application, the objection must be in writing, filed with the Clerk and served no

later than September 9, 2024.

Respectfully submitted,

Dated:  August 26, 2024                    CAMPBELL & LEVINE, LLC
        Pittsburgh, Pennsylvania

By:  s/ *Kathryn L. Harrison*
Paul J. Cordaro, Esq.
PA I.D. No. 85828
pcordaro@camlev.com
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310
Fax:  412-261-5066
*Counsel to the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Subchapter V |
| | ) | |
| PHILADELPHIA ORTHODONTICS, P.C., | ) | Jointly Administered at Bankruptcy No. 24-11728-PMM |
| | ) | |
| *Debtor.* | ) | |
| In re: | ) | |
| | ) | |
| JOSHUA DAVIS, | ) | |
| | ) | Dkt. No. ___ |
| *Debtor.* | ) | |
| | ) | |

**CAMPBELL & LEVINE, LLC'S FIRST APPLICATION**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR**
**FOR THE PERIOD FROM MAY 21, 2024 THROUGH JULY 31, 2024**

Campbell & Levine, LLC (the "Applicant" or "Campbell & Levine"), counsel to Philadelphia Orthodontics, P.C. (the "Debtor"), files this *First Application for the Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period from May 21, 2024, through July 31, 2024* (the "Application") and in support thereof respectfully avers as follows;

**CASE HISTORY**

1.      On May 21, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), which commenced the above-captioned bankruptcy case [Dkt. No. 1].

2.      No trustee, examiner, or committee of creditors has been appointed in this case.

3.      On May 22, 2024, the Debtor filed an application to employ Campbell & Levine as Debtor's Counsel, *nunc pro tunc* to the Petition Date. [Dkt. No. 20]. A default *Order* was entered

on July 24, 2024, approving Campbell & Levine as Debtor's counsel *nunc pro tunc* (the "Retention Order") [Dkt. No. 120]. A true and correct copy of the Retention Order is attached hereto as Exhibit A.

4.     On July 24, 2024, this Court entered an *Order* [Dkt. No. 121] authorizing professionals engaged in this case to file monthly applications for reimbursement of fees and expenses and quarterly summaries for interim Court approval and allowance in compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Interim Compensation Order").

## JURISDICTION AND STATUTORY PREDICATE

5.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is appropriate in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

6.     The statutory and legal bases for the relief requested herein is 11 U.S.C. § 328 and Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule of Bankruptcy Procedure 2016-1.

## RELIEF REQUESTED

7.     By this Application, Campbell & Levine seeks payment for services and reimbursement of expenses for the period from May 21, 2024, through July 31, 2024 (the "Application Period").

8.     The total amount of the actual, reasonable, and necessary fees and expenses Campbell & Levine incurred during the Application Period is $118,400.50 in fees and $2,822.63 in expenses, for a total of $121,223.13.

9.       Of the total fees incurred during the Application Period, $79,077.32 in fees and costs is attributable to services performed for Philadelphia Orthodontics and $42,145.81 in fees and costs is attributable to services performed for Joshua Davis.

10.      By this Application, the Applicant seeks approval of 100% of its fees and costs for the Application Period.

11.      A list of legal professionals and paraprofessionals of Campbell & Levine, for whom compensation is sought, and their billings rates is attached hereto as Exhibit B.

12.      Charges for services provided by Campbell & Levine, by category (numbered 8856.01 through 8856.22) for each Debtor, and a list of expenses for which reimbursement is sought, is attached hereto as Exhibit C.

13.      A narrative statement of the services provided in each category, a summary of the time and total charges for each professional who rendered services, and the grand total of all time and charges for services rendered in each category for which services were provided, and a breakdown of the services and fees for each Debtor, is as follows:

.00      Post-Petition.   There were no services rendered in this category.   Fees incurred by the Debtors after the Petition Date were billed to this category.   Philadelphia Orthodontics incurred post-petition expenses in the form of Westlaw charges, PACER charges, Postage, and fees for costs of information requests from the Pennsylvania Department of State in the total amount of $1,417.32.   Joshua Davis incurred post-petition expenses in the form of Westlaw charges, PACER charges, and Postage in the total amount of $1,405.31.

.01      Asset Analysis and Recovery.   There were no services rendered in this category.

.02      Asset Disposition.   There were no services rendered in this category.

.03      Assumption and Rejection of Leases and Contracts.   There were no services rendered in this category.

.04      Avoidance Action Analysis.   There were no services rendered in this category.

.05      Budgeting (Case); Preparation, negotiation, and amendment to budgets for application. There were no services rendered in this category.

.06    Business Operations.  Services rendered in this category pertain to issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems.  The total hours in this category are 0.60, for which compensation is sought in the amount of $292.50.  A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 0.30 | $165.00 |
| Kathryn L. Harrison | $425 | 0.30 | $127.50 |
| Total: | | 0.60 | $292.50 |

.07    Case Administration.  Services rendered in this category pertain to coordination and compliance activities not specifically covered by another category. The total hours in this category are 138.00, for which compensation is sought in the amount of $61,307.00, of which $36,378.50 is attributable to services rendered on behalf of Philadelphia Orthodontics and $14,928.50 is attributable to services rendered on behalf of Joshya Davis. A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 33.0 | $18,150.00 |
| Kathryn L. Harrison | $425 | 64.9 | $27,582.50 |
| Heather L. Penn | $140 | 4.4 | $616.00 |
| Kaitlan A. Monahan | $100 | 0.3 | $30.00 |
| Total: | | 102.6 | $46,378.50 |

**Joshua Davis**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 9.1 | $5,005.00 |
| Kathryn L. Harrison | $425 | 21.9 | $9,307.50 |
| Heather L. Penn | $140 | 4.4 | $616.00 |
| Kaitlan A. Monahan | $100 | 0 | 0 |
| Total: | | 35.4 | $14,928.50 |

.08    Claims Administration and Objection.  Services rendered in this category pertain to specific claim inquiries; bar date motions; analyses, objections and allowances of claims.  The total hours in this category are 6.40, for which compensation is sought in the amount of $1,716.00, of which $1,144.00 is attributable to services rendered on behalf of Philadelphia

Orthodontics and $572.00 is attributable to services rendered on behalf of Joshua Davis. A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 1.8 | $990.00 |
| Heather L. Penn | $140 | 1.1 | $154.00 |
| Total: | | 2.9 | $1,144.00 |

**Joshua Davis**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | .2 | $110.00 |
| Heather L. Penn | $140 | 3.3 | $462.00 |
| Total: | | 3.5 | $572.00 |

.09    Corporate Governance and Board Matters.   There were no services rendered in this category.

.10    Employee Benefits and Pensions.  There were no services rendered in this category.

.11    Employment and Fee Applications. Services rendered in this category pertain to the preparation of employment and fee applications for self or others; motions to establish interim procedures.  The total hours in this category are 78.20, for which compensation is sought in the amount of $38,760.00, of which $19,380.00 is attributable to services performed on behalf of Philadelphia Orthodontics and $19,380.00 is attributable to services performed on behalf of Joshua Davis.  A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 22.1 | $12,155.00 |
| Kathryn L. Harrison | $425 | 17.0 | $7,225.00 |
| Total: | | 39.1 | $19,380.00 |

**Joshua Davis**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 22.1 | $12,155.00 |
| Kathryn L. Harrison | $425 | 17.0 | $7,225.00 |
| Total: | | 39.1 | $19,380.00 |

.12    <u>Employment and Fee Application Objections</u>. There were no services rendered in this category and/or all services and fees are accounted for in .11 Employment and Fee Applications (see above).

.13    <u>Financing and Cash Collateral.</u> Services rendered in this category pertain to matters under §§ 361, 363, and 364 including cash collateral and secured claims; loan document analysis). The total hours in this category are 7.50, for which compensation is sought in the amount of $3,787.50, all of which is attributable to services performed on behalf of Philadelphia Orthodontics. A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 4.80 | $2,640.00 |
| Kathryn L. Harrison | $425 | 2.70 | $1,1.50 |
| Total: | | 7.50 | $3,787.50 |

.14    <u>Litigation: Contested Matters and Adv. Proceedings</u>. There were no services rendered in this category.

.15    <u>Meetings and Communications with Creditors</u>. There were no services rendered in this category.

.16    <u>Non-Working Travel</u>. The total hours in this category are 6.60, for which compensation is sought in the amount of $3,630.00, of which $1,815.00 is attributable to services rendered on behalf of Philadelphia Orthodontics and $1,815.00 is attributable to services rendered on behalf of Joshua Davis. A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 3.3 | $1,815.00 |
| Total: | | 3.3 | $1,815.00 |

**Joshua Davis**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 3.3 | $1,815.00 |
| Total: | | 3.3 | $1,815.00 |

.17  <u>Plan and Disclosure Statement</u>. Services rendered in this category pertain to formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.  The total hours in this category are 5.40, for which compensation is sought in the amount of $2,970.00, of which $1,815.00 is attributable to services rendered on behalf of Philadelphia Orthodontics and $1,155.00 is attributable to services rendered on behalf of Joshua Davis.  A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 3.3 | $1,815.00 |
| Total: | | 3.3 | $1,815.00 |

**Joshua Davis**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 2.1 | $1,155.00 |
| Total: | | 2.1 | $1,155.00 |

.18  <u>Real Estate</u>. There were no services rendered in this category.

.19  <u>Relief from Stay and Adequate Protection</u>. There were no services rendered in this category.

.20  <u>Reporting</u>. Services rendered in this category pertain to preparation of Statement of financial affairs, schedules, monthly operating reports, and any other accounting or reporting activities; contacts with the United States Trustee not included in other categories.  The total hours in this category are 11.00, for which compensation is sought in the amount of $5,937.50, of which $3,047.50 is attributable to services rendered on behalf of Philadelphia Orthodontics and $2,890.00 is attributable to services rendered on behalf of Joshua Davis.  A summary of the attorneys and paraprofessionals who provided services in this category is as follows:

**Philadelphia Orthodontics**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 5.0 | $2,750.00 |
| Kathryn L. Harrison | $425 | 0.7 | $297.50 |
| Total: | | 5.7 | $3,047.50 |

**Joshua Davis**

| Attorney or Paralegal | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul J. Cordaro | $550 | 5.1 | $2,805.00 |
| Kathryn L. Harrison | $425 | 0.2 | $85.00 |
| Total: | | 5.3 | $2,890.00 |

.21    Tax. There were no services rendered in this category.

.22    Valuation. There were no services rendered in this category.

14.    Campbell & Levine does not represent any interest adverse to that of the Debtor or the bankruptcy estate.  Campbell & Levine is a disinterested person and have entered into no agreement with anyone else regarding the sharing of its compensation in this case.

15.    The services and expenses for which compensation and reimbursement are being sought were necessary and the charges for same are reasonable.

16.    The signature of the undersigned, counsel at Campbell & Levine, constitutes their certification as a member of the Bar of this Court that the contents of this Application and its exhibits are true and correct.

17.    Application Summary

Current Application – May 21, 2024, through July 31, 2024.


**Philadelphia Orthodontics**

| Categories | Hours | Value |
|---|---|---|
| 1. Post-Petition | *Expenses Only* | $1,417.32 |
| 2. Asset Analysis and Recovery | 0.0 | $0.00 |
| 3. Asset Disposition | 0.0 | $0.00 |
| 4.  Assumption  and  Rejection  of  Leases  and Contracts | 0.0 | $0.00 |
| 5. Avoidance Action Analysis | 0.0 | $0.00 |
| 6. Budgeting | 0.0 | $0.00 |
| 7. Business Operations | 0.6 | $292.50 |

| Categories | Hours | Value |
|---|---|---|
| 8. Case Administration | 102.6 | $46,378.50 |
| 9. Claims Administration and Objection | 2.9 | $1,144.00 |
| 10. Corporate Governance and Board Matters | 0.0 | $0.00 |
| 11. Employee Benefits and Pensions | 0.0 | $0.00 |
| 12. Employment and Fee Applications | 39.1 | $19,380.00 |
| 13. Employment and Fee Application Objections | 0.0 | $0.00 |
| 14. Financing and Cash Collateral | 7.50 | $3,787.50 |
| 15. Litigation: Contested Matters and Adv. Proceedings | 0.0 | $0.00 |
| 16. Meetings and Communications with Creditors | 0.0 | $0.00 |
| 17. Non-Working Travel | 3.3 | $1,815.00 |
| 18. Plan and Disclosure Statement | 3.3 | $1,815.00 |
| 19. Real Estate | 0.0 | $0.00 |
| 20. Relief from Stay and Adequate Protection | 0.0 | $0.00 |
| 21. Reporting | 5.7 | $3,047.50 |
| 22. Tax | 0.0 | $0.00 |
| 23. Valuation | 0.0 | $0.00 |
| | | |
| TOTAL FEE AMOUNT | 161.5 | $79,077.32 |

**Joshua Davis**

| Categories | Hours | Value |
|---|---|---|
| 1. Post-Petition | *Expenses Only* | $1,405.31 |
| 2. Asset Analysis and Recovery | 0.0 | $0.00 |
| 3. Asset Disposition | 0.0 | $0.00 |
| 4. Assumption and Rejection of Leases and Contracts | 0.0 | $0.00 |
| 5. Avoidance Action Analysis | 0.0 | $0.00 |
| 6. Budgeting | 0.0 | $0.00 |
| 7. Business Operations | 0.0 | $0.00 |
| 8. Case Administration | 35.4 | $14,928.50 |
| 9. Claims Administration and Objection | 3.5 | $572.00 |
| 10. Corporate Governance and Board Matters | 0.0 | $0.00 |
| 11. Employee Benefits and Pensions | 0.0 | $0.00 |
| 12. Employment and Fee Applications | 39.1 | $19,380.00 |
| 13. Employment and Fee Application Objections | 0.0 | $0.00 |
| 14. Financing and Cash Collateral | 0.0 | $0 |
| 15. Litigation: Contested Matters and Adv. Proceedings | 0.0 | $0.00 |
| 16. Meetings and Communications with Creditors | 0.0 | $0.00 |
| 17. Non-Working Travel | 3.3 | $1,815.00 |
| 18. Plan and Disclosure Statement | 3.3 | $1,155.00 |

| | | |
|---|---|---|
| 19. Real Estate | 0.0 | $0.00 |
| 20. Relief from Stay and Adequate Protection | 0.0 | $0.00 |
| 21. Reporting | 5.3 | $2,890.00 |
| 22. Tax | 0.0 | $0.00 |
| 23. Valuation | 0.0 | $0.00 |
| | | |
| TOTAL FEE AMOUNT | 89.9 | $42,145.81 |

WHEREFORE, Campbell & Levine hereby files this fee statement relating to compensation for professional services rendered to the Debtor and for reimbursement of actual and necessary expenses incurred therewith for the Application Period commencing May 21, 2024, through July 31, 2024, and requests approval of 100% of the fees and costs incurred during the Application Period, in the amount of $121,223.13.

Respectfully submitted,

Dated:  August 26, 2024
            Pittsburgh, Pennsylvania

CAMPBELL & LEVINE, LLC

By:  s/ *Kathryn L. Harrison*
Paul J. Cordaro, Esq.
PA I.D. No. 85828
pcordaro@camlev.com
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
310 Grant St., Suite 1700s
Pittsburgh, PA 15219
Tel:  412-261-0310
Fax:  412-261-5066
*Counsel to the Debtor*