# Exhibit C

# CAMPBELL
# & LEVINE, LLC | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:    1

Philadelphia Orthodontics, PC
Joshua Davis

| | |
|---|---|
| Statement Date: | August 26, 2024 |
| Statement No. | 1 |
| Account No. | 8856.00 |

toothstraightener@gmail.com

Post-Petition

INTERIM STATEMENT

| | | | |
|---|---|---|---|
| 05/31/2024 | Westlaw charges for May, 2024 | 192.55 | 1 |
| 05/31/2024 | Pacer charges for May, 2024 | 5.40 | 3 |
| 06/03/2024 | Postage for May, 2024 | 66.90 | 2 |
| 06/10/2024 | Fee for copy request of Articles of Incorporation | 6.00 | 4 |
| 06/27/2024 | Westlaw charges for June, 2024 | 364.00 | 6 |
| 06/30/2024 | Pacer charges for June, 2024 | 17.70 | 5 |
| 06/30/2024 | Postage for June, 2024 | 38.32 | 7 |
| 07/31/2024 | Copier charges for July, 2024 | 601.95 | 8 |
| 07/31/2024 | Pacer Charges for July, 2024 | 73.30 | 9 |
| 07/31/2024 | Postage for July, 2024 | 254.27 | 10 |
| 07/31/2024 | Westlaw charges for July, 2024 | 1,202.24 | 11 |
| | TOTAL EXPENSES | 2,822.63 | |
| | TOTAL CURRENT WORK | 2,822.63 | |
| | BALANCE DUE | $2,822.63 | |

Your trust account #1 balance is

| | | |
|---|---|---|
| | Opening Balance | $0.00 |
| 06/06/2024 | Transfer from PrePetition File No. 8852 | 29,774.00 |
| | Closing Balance | $29,774.00 |

Any payments received after the statement date will be applied to next month's
statement.  Please note your account number on your payment.  Thank you.



**CAMPBELL & LEVINE, LLC** | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:    1

Philadelphia Orthodontics, PC
Joshua Davis

Statement Date:    August 26, 2024
Statement No.    1
Account No.    8856.06

Business Operations

INTERIM STATEMENT

| | | | HOURS | | |
|---|---|---|---|---|---|
| 05/21/2024 | PJC | Text exchange with KLH and J. Davis re: payroll issues and timing and considered options re: same | 0.30 | 165.00 | 1 |
| | KLH | Text exchange with PJC and J. Davis re: payroll issues and timing and considered options re: same | 0.30 | 127.50 | 2 |
| | | FOR CURRENT SERVICES RENDERED | 0.60 | 292.50 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Paul J. Cordaro | 0.30 | $550.00 | $165.00 |
| Kathryn L. Harrison | 0.30 | 425.00 | 127.50 |

TOTAL CURRENT WORK                                    292.50

BALANCE DUE                                    $292.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

# CAMPBELL
# & LEVINE, LLC | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

| | |
|---|---|
| | Page: 1 |
| Statement Date: | August 26, 2024 |
| Statement No. | 1 |
| Account No. | 8856.07 |

Philadelphia Orthodontics, PC
Joshua Davis

Case Administration

INTERIM STATEMENT

| Date | Initials | Description | HOURS | | |
|---|---|---|---|---|---|
| 05/21/2024 | PJC | Numerous telephone conference with KLH re: status of case filing and First Day Motions and related matters (Phila. Ortho.-.6/J.Davis-.2) | 0.80 | 440.00 | 1 |
| | PJC | Review of Local Bankruptcy Rules and First Day Motions to consider additional revision thereto (Phila. Ortho.-.6/J.Davis-.2) | 0.80 | 440.00 | 2 |
| | PJC | E-mail exchange with Judge's staff re: First Day Hearing and other scheduling issues (Phila. Ortho.-.2/J.Davis-.1) | 0.30 | 165.00 | 3 |
| | PJC | Review of letter from D. Adams requesting information on potential need for patient care ombudsman and e-mail exchange with  D. Adams re: same (Phila. Ortho.) | 0.50 | 275.00 | 4 |
| | PJC | Legal research re: patient care ombudsman and requirement of BC 333, BR 2015.1 and case law relate thereto (Phila. Ortho.) | 2.60 | 1,430.00 | 5 |
| | PJC | Telephone conference with KLH and client re: patient care ombudsman (Phila. Ortho.) | 0.20 | 110.00 | 6 |
| | PJC | Review of McDade Authorization Letter from UST, considered same and e-mail exchange with KLH re: same (Phila. Ortho.) | 0.30 | 165.00 | 7 |
| | KLH | Finalize all notices re: hearings for first day motions; coordinate service of motions and hearing notices; follow up with UST and Bank of America re: same; finalize second day motion and coordinate filing of same (Phila. Ortho.-1.8/J.Davis-.4) | 2.20 | 935.00 | 35 |
| | KLH | Coordinate with J. Davis re: patient care ombudsman information (Phila. Ortho.) | 0.30 | 127.50 | 36 |
| | HLP | Prepare service lists for chapter 11 First Day Motions in both cases (Phila. Ortho.-.5/J.Davis-.1) | 0.60 | 84.00 | 41 |
| | KLH | Numerous telephone conference with PJC re: status of case filing and First Day Motions and related matters (Phila. Ortho.-.6/J.Davis-.2) | 0.80 | 340.00 | 95 |

Philadelphia Orthodontics, PC

08/26/2024
ACCOUNT NO:       8856-07D
STATEMENT NO:       1

Case Administration

| | | | HOURS | | |
|---|---|---|---|---|---|
| 05/22/2024 | PJC | Telephone conference with KLH re: First Day Motion/Hearing issues and other immediate concerns (Phila. Ortho.) | 0.40 | 220.00 | 8 |
| | PJC | Considered various critical dates for bankruptcy matters and e-mail to KLH and HLP re: creating critical dates chart (Phila. Ortho.-.3/J.Davis-.1) | 0.40 | 220.00 | 9 |
| | PJC | Review of docket entry and petitions and e-mail to C&L team re: filing inadvertently missing Financial; Affidavit and Tax returns and including notices related thereto when filing (J. Davis) | 0.40 | 220.00 | 10 |
| | PJC | Prepare for First Day Hearing, considered potential legal and factual issues related to first day matters; review of all First Day Motions, Scheduling Orders and Certificates of Service; draft notes for First Day Presentation (Phila. Ortho.-4.0/J.Davis-1.8) | 5.80 | 3,190.00 | 11 |
| | PJC | E-mail exchange with Courtroom Deputy re: First Day Hearings (Phila. Ortho.) | 0.20 | 110.00 | 12 |
| | PJC | Telephone conference with J. Davis re: First Day Hearings expectations and strategy (Phila. Ortho.-.6/J.Davis-.2) | 0.80 | 440.00 | 13 |
| | KLH | Additional research re: appointment of patient care ombudsman (Phila. Ortho.) | 0.80 | 340.00 | 37 |
| | HLP | Attend to administrative matters re: service of Firs Day Motions (Phila. Ortho.-.4/J.Davis-.1) | 0.50 | 70.00 | 42 |
| | HLP | Attention to service of First Day Motions via e-mail, fax and US Mail (Phila. Ortho.-.8/J.Davis-.4) | 1.30 | 182.00 | 43 |
| | HLP | Preparation of Certificates of Service for all First Day Motions; attend to filing same (Phila. Ortho.-1.4/J.Davis-.4) | 1.80 | 252.00 | 44 |
| | HLP | Pull PA UCC records for bringdown through Petition Date; update UCC chart; e-mail to PJC (Phila. Ortho.) | 0.60 | 84.00 | 45 |
| | PJC | Continued consideration of patient care ombudsman matters and UST request for information | 0.20 | 110.00 | 50 |
| | KLH | Telephone conference with PJC re: First Day Motion/Hearing issues and other immediate concerns (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 170.00 | 96 |
| 05/23/2024 | PJC | Telephone conference with KLH re: call with D. Adams (Phila. Ortho.) | 0.20 | 110.00 | 14 |
| | PJC | Telephone conference with D. Adams and KLH re: First Day Motions (Phila. Ortho.) | 0.50 | 275.00 | 15 |
| | PJC | Revisions to Order to Approving Comp to Davis and e-mail to D. Adams re: same (Phila. Ortho.) | 0.50 | 275.00 | 16 |
| | PJC | Continued preparation for First Day Hearings (Phila. Ortho.-2.0/J.Davis-.4) | 2.40 | 1,320.00 | 17 |
| | PJC | E-mail to L. Mogavero re: initial Subchapter V Trustee matters (Phila. Ortho.) | 0.10 | 55.00 | 18 |
| | PJC | Met with client for First Day Hearings and attended First Day Hearings (Phila. Ortho.-1.5/J.Davis-.8) | 2.30 | 1,265.00 | 19 |
| | PJC | Review of all post-hearing docket entries and Orders on First Day Motions and e-mail to client and KLH re: First Day Orders; DIP Account matters and Patient Care Ombudsman matters (Phila. Ortho.) | 0.60 | 330.00 | 20 |
| | PJC | Telephone conference with KLH re: results of First Day Hearings (Phila. Ortho.) | 0.40 | 220.00 | 21 |

Philadelphia Orthodontics, PC

Page 3

08/26/2024

ACCOUNT NO:     8856-07D

STATEMENT NO:     1

Case Administration

| | | | HOURS | | |
|---|---|---|---|---|---|
| | PJC | Telephone conference with creditor re: results of First Day Hearings (Phila. Ortho.) | 0.30 | 165.00 | 22 |
| | KLH | Various Telephone conference and e-mails with PJC re: preparation for first days and follow up to same; e-mails with J. Davis re: same (Phila. Ortho.) | 1.10 | 467.50 | 40 |
| | KLH | Telephone conference with PJC re: call with D. Adams (Phila. Ortho.) | 0.20 | 85.00 | 51 |
| | KLH | Telephone conference with D. Adams and PJC re: First Day Motions (Phila. Ortho.) | 0.50 | 212.50 | 52 |
| 05/27/2024 | KLH | Research re: appointment of Ombudsman; review information from J. Davis re: same and draft response to UST (Phila. Ortho.) | 3.10 | 1,317.50 | 31 |
| 05/28/2024 | PJC | Zoom meeting with KLH re: various items to respond to related to IDI, Schedules and SOFA, Ombudsman, Engagement, responsibilities and critical dates (Phila. Ortho.-1.0/J.Davis-.3) | 1.30 | 715.00 | 23 |
| | PJC | E-mail exchange with D. Adams re: Ombudsman document/information request and scheduling call (Phila. Ortho.) | 0.20 | 110.00 | 24 |
| | PJC | Considered various critical dates and detailed e-mail to C&L team re: critical dates list and responsibilities for each matter (Phila. Ortho.-.8/J.Davis-.4) | 1.20 | 660.00 | 25 |
| | PJC | Review of UST Operating Guidelines for Sub V cases and forms related thereto (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 26 |
| | KLH | Various revisions to draft letter to UST re: patient care ombudsman; e-mails with PJC to finalize and serve same (Phila. Ortho.) | 1.90 | 807.50 | 32 |
| | KLH | Telephone conference with PJC re: matters related to case strategy (Phila. Ortho.) | 0.30 | 127.50 | 33 |
| | KLH | Various Telephone conference with and e-mails with J. Davis re: patient care information | 0.90 | 382.50 | 34 |
| | KLH | Zoom meeting with PJC re: various items to respond to related to IDI, Schedules and SOFA, Ombudsman, Engagement, responsibilities and critical dates (Phila. Ortho.-1.0/J.Davis-.3) | 1.30 | 552.50 | 53 |
| 05/29/2024 | PJC | Review of drafts of letter to D. Adams re: Ombudsman issue and supporting information; e-mail exchange with client and KLH re: same (Phila. Ortho.) | 1.50 | 825.00 | 27 |
| | PJC | Telephone conference with KLH re: Ombudsman issue (Phila. Ortho.) | 0.20 | 110.00 | 28 |
| | HLP | Prepare critical dates chart for Philadelphia Orthodontics; e-mail to KLH re: same (Phila. Ortho.) | 1.00 | 140.00 | 46 |
| | KLH | Telephone conference with PJC re: Ombudsman issue (Phila. Ortho.) | 0.20 | 85.00 | 97 |
| 05/30/2024 | PJC | Review of Critical Dates Chart revised same and emil to HLP and KLH re: same (Phila. Ortho.-.3/J.Davis-.1) | 0.40 | 220.00 | 29 |
| | HLP | Updates to Critical Dates Chart; e-mail same to PJC and KLH (Phila. Ortho.-.2/J.Davis-.1) | 0.30 | 42.00 | 47 |

Philadelphia Orthodontics, PC

Page 4
08/26/2024
ACCOUNT NO:      8856-07D
STATEMENT NO:             1

Case Administration

| | | | | HOURS | | |
|---|---|---|---|---|---|---|
| 05/31/2024 | PJC | Review of UST Motion re: Patient Care Ombudsman and Scheduling Order, considered same and potential response thereto and e-mail exchange with KLH re: same (Phila. Ortho.) | | 0.50 | 275.00 | 30 |
| | KLH | Continue draft and review of Schedules and Statement of financial affairs for Philly Ortho (Phila. Ortho.) | | 2.90 | 1,232.50 | 38 |
| | KLH | Continue draft and review of Schedules and SOFA for J. Davis | | 1.80 | 765.00 | 39 |
| | HLP | Update Critical Dates Chart and circulate to team (Phila. Ortho.) | | 0.20 | 28.00 | 48 |
| 06/03/2024 | HLP | Update to claims spreadsheets in both bankruptcy cases (Phila. Ortho.-.2/J.Davis-.1) | | 0.30 | 42.00 | 49 |
| | KLH | Draft response to UST Request for information in Philadelphia Orthodontics (Phila. Ortho.) | | 2.90 | 1,232.50 | 60 |
| | KLH | Draft response to UST Request for information in Josh Davis individual case (J. Davis) | | 1.10 | 467.50 | 61 |
| | KLH | Draft Schedules and Statement of Financial Affairs; various revisions per PJC (Phila. Ortho.) | | 3.90 | 1,657.50 | 62 |
| 06/04/2024 | KLH | Additional revisions to draft Schedules and SOFA and various e-mails and Telephone conference with J. Davis re: same (Phila. Ortho.-2.9/J.Davis-.7) | | 3.60 | 1,530.00 | 63 |
| 06/05/2024 | KLH | Finalize letters to UST and e-mail to UST office re: same (Phila. Ortho.) | | 0.60 | 255.00 | 64 |
| 06/07/2024 | HLP | Updates to Critical Dates Chart and circulate to team (Phila. Ortho.) | | 0.20 | 28.00 | 54 |
| | PJC | Review of Critical Dates Chart e-mail HLP re: additional and revised deadlines and other necessary revisions (Phila. Ortho.) | | 0.30 | 165.00 | 55 |
| | KLH | Initial Debtor Interview with UST Office for Philadelphia Orthodontics (Phila. Ortho.) | | 1.10 | 467.50 | 58 |
| | KLH | Initial Debtor interview with UST Office for Joshua Davis (J. Davis) | | 0.50 | 212.50 | 59 |
| 06/10/2024 | KM | Draft letters to lenders re: automatic stay (Phila. Ortho.) | | 0.30 | 30.00 | 56 |
| | KLH | Review documents from J. Davis and e-mail with documents to UST as follow up; e-mails to J. Davis re: additional information requests from Trustee (Phila. Ortho.) | | 1.30 | 552.50 | 57 |
| | KLH | Review UST Motion re: Ombudsman and draft response to same (Phila. Ortho.) | | 1.00 | 425.00 | 65 |
| | KLH | Draft letter to lenders re: return of funds garnished from insurance companies (Phila. Ortho.) | | 0.90 | 382.50 | 67 |
| 06/11/2024 | KLH | Meeting with PJC re: outstanding matters related to cases (Phila. Ortho.-.2/J.Davis-.2) | | 0.40 | 170.00 | 66 |
| | PJC | Conference with KLH re: open matters and strategies (Phila. Ortho.-.2/J.Davis-.2) | | 0.40 | 220.00 | 68 |
| | PJC | Draft Supplemental Disclosure for Motion to Payment Davis | | | | |

Philadelphia Orthodontics, PC

Case Administration

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
|  |  | Comp (Phila. Ortho.) | 1.20 | 660.00 | 69 |
|  | PJC | Review and revisions to Response in Support of no PCO (Phila. Ortho.) | 0.40 | 220.00 | 70 |
| 06/12/2024 | PJC | Review of and revised Response to UST PC Ombudsman Motion (Phila. Ortho.) | 0.40 | 220.00 | 72 |
|  | KLH | Finalize response to Ombudsman motion and prepare and coordinate filing of same (Phila. Ortho.) | 1.30 | 552.50 | 82 |
|  | KLH | Draft affidavit in support of response to Ombudsman motion (Phila. Ortho.) | 1.40 | 595.00 | 83 |
| 06/14/2024 | HLP | Circulate Critical Dates Chart to team (Phila. Ortho.) | 0.10 | 14.00 | 71 |
|  | PJC | Telephone conference with client and KLH re: update on various open matters (Phila. Ortho.-.5/J.Davis-.5) | 1.00 | 550.00 | 73 |
|  | PJC | Revisions to Supplemental Disclosures on Davis Compensation and e-mail to client re: same | 0.60 | 330.00 | 74 |
|  | PJC | Finalized Supplemental Disclosures and filed same | 0.30 | 165.00 | 75 |
|  | KLH | Review and provide additional information to UST office re: insurance and financials; various e-mails and Telephone conference with US Trustee and client/insurer re: same | 3.80 | 1,615.00 | 94 |
|  | KLH | Telephone conference with client and PJC re: update on various open matters | 1.00 | 425.00 | 98 |
| 06/18/2024 | PJC | E-mail exchange with client re: JP Morgan Chase papers (J. Davis) | 0.20 | 110.00 | 76 |
| 06/19/2024 | PJC | Zoom meeting with KLH re: status report for both debtors (Phila. Ortho.-.2/J.Davis-.1) | 0.30 | 165.00 | 77 |
|  | KLH | Zoom meeting with PJC re: status report for both debtors (Phila. Ortho.-.2/J.Davis-.1) | 0.30 | 127.50 | 99 |
| 06/20/2024 | KLH | Draft Status Reports for Subchapter V Cases (Phila. Ortho.-2.2/J.Davis-2.0) | 4.20 | 1,785.00 | 90 |
| 06/21/2024 | HLP | Update Critical Dates Chart; circulate same to team (Phila. Ortho.) | 0.20 | 28.00 | 78 |
|  | KLH | Finalize Status Reports for SubV Filing (Phila. Ortho.-.8/J.Davis-1.0) | 1.80 | 765.00 | 91 |
|  | KLH | Draft Philadelphia Orthodontics Status Report for SubV Case (Phila. Ortho.) | 2.90 | 1,232.50 | 101 |
|  | KLH | Draft Josh Davis Status Report for SubV Case (J. Davis) | 1.50 | 637.50 | 102 |
| 06/24/2024 | KLH | Telephone conference with PJC re: matters related to join Plan issues and other administrative matters of case (Phila. Ortho.-.6/J.Davis-.4) | 1.00 | 425.00 | 81 |
|  | PJC | Telephone conference with KLH re: Status Reports, POC deadlines , UST Requests and other Debtor matters (Phila. Ortho.-.6/J.Davis-.4) | 1.00 | 550.00 | 84 |
|  | KLH | Draft Letters to all insurance companies re: payment of outstanding Receivables (Phila. Ortho.) | 2.90 | 1,232.50 | 93 |
| 06/25/2024 | KLH | Research related to claims bar date and tax obligations of |  |  |  |

Philadelphia Orthodontics, PC

Case Administration

| | | | HOURS | | |
|---|---|---|---|---|---|
| | | Philadelphia Orthodontics in preparation for plan and other administrative matters (Phila. Ortho.) | 2.90 | 1,232.50 | 79 |
| | KLH | E-mails with Josh Davis re: follow up correspondence from MCA Lenders to Philadelphia Orthodontics re: lien on patient receivables (Phila. Ortho.) | 0.10 | 42.50 | 80 |
| | KLH | Finalize SubV Status Reports for Filing (Phila. Ortho.-.8/J.Davis-.4) | 1.30 | 552.50 | 92 |
| 06/26/2024 | PJC | Prepare for call with D. Adams (Phila. Ortho.) | 0.40 | 220.00 | 85 |
| | PJC | Telephone conference with KLH re: issues for call with D. Adams (Phila. Ortho.) | 0.40 | 220.00 | 86 |
| | PJC | Telephone conference with D. Adams and KLH re: reviewing open items and post-call developments with KLH (Phila. Ortho.) | 0.60 | 330.00 | 87 |
| | KLH | Draft Motion to Establish Claims Bar Date, with proposed notice and order (Phila. Ortho.-3.1/J.Davis-2.0) | 5.10 | 2,167.50 | 89 |
| | KLH | Telephone conference with PJC re: issues for call with D. Adams (Phila. Ortho.) | 0.40 | 170.00 | 100 |
| 06/28/2024 | HLP | Update Critical Dates Chart and circulate to team (Phila. Ortho.) | 0.20 | 28.00 | 88 |
| 07/01/2024 | PJC | Telephone conference with KLH re: 341 meetings (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 104 |
| | PJC | Debriefing with KLH re: 341 meeting (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 105 |
| | KLH | Prepare  341 meeting of creditors (Phila. Ortho.-.2.5/J.Davis-.7) | 3.20 | 1,360.00 | 107 |
| | KLH | Attend 341 meeting of creditors for Philadelphia Orthodontics (Phila. Ortho.) | 0.60 | 255.00 | 108 |
| | KLH | Attend 341 meeting of creditors for Joshua Davis (J. Davis) | 0.30 | 127.50 | 109 |
| | KLH | Finalize draft Motion to Establish Claims Bar Date; prepare for filing (Phila. Ortho.-.7/J.Davis-.6) | 1.30 | 552.50 | 110 |
| | KLH | Finalize response to US Trustee re: matters related to engagement and joint administration (Phila. Ortho.-.8/J.Davis-.4) | 1.30 | 552.50 | 111 |
| 07/03/2024 | HLP | Update Critical Dates Chart and circulate same to team (Phila. Ortho.) | 0.20 | 28.00 | 103 |
| | PJC | Review of Critical Dates Chart and e-mail to HLP with revisions thereto (Phila. Ortho.) | 0.20 | 110.00 | 106 |
| 07/08/2024 | KLH | Telephone conference with PJC re: preparation for various hearings in Subchapter V matters (Phila. Ortho.-.3/J.Davis-.3) | 0.60 | 255.00 | 112 |
| | KLH | Draft proposed Certification of Counsel re: Cash Collateral; review various e-mails with counsel for BOA re: same (Phila. Ortho.) | 2.20 | 935.00 | 113 |
| | PJC | Telephone conference with KLH re: matters up for Philly Ortho hearing and strategy (Phila. Ortho.) | 0.40 | 220.00 | 114 |
| | PJC | Telephone conference with KLH re: matters up for Davis hearing and strategy (J. Davis) | 0.20 | 110.00 | 115 |
| | PJC | Prepare for matters to be heard at the 7/10/24 hearings for | | | |

Philadelphia Orthodontics, PC

Case Administration

| | | | HOURS | | |
|---|---|---|---|---|---|
| | | Philly Ortho (Phila. Ortho.) | 1.60 | 880.00 | 116 |
| | PJC | Prepare for matters to be heard at the 7/10/24 hearings for Davis (J. Davis) | 0.40 | 220.00 | 117 |
| | PJC | Telephone conference with J. Davis re: expectation for 7/10/24 hearing on Philly Ortho matters (Phila. Ortho.) | 0.10 | 55.00 | 118 |
| | PJC | Telephone conference with J. Davis re: expectations for 7/10/24 hearing on Davis | 0.30 | 165.00 | 119 |
| 07/09/2024 | PJC | Continue preparing for matters up for 7/10/24 hearing related to Philly Ortho | 0.40 | 220.00 | 120 |
| | PJC | Continue preparing for matters up for 7/10/24 hearing related to Davis (J. Davis) | 1.20 | 660.00 | 121 |
| 07/10/2024 | PJC | Continuing preparation for and attended Second Day Hearing for Philly Ortho matters and debriefing with client and KLH (Phila. Ortho.) | 1.50 | 825.00 | 124 |
| | PJC | Continued preparation for and attended Second Day Hearing for Davis matters and debriefing with client and KLH (J. Davis) | 0.50 | 275.00 | 125 |
| | KLH | Telephone conference with PJC re: matters related to hearings (Phila. Ortho.) | 0.60 | 255.00 | 138 |
| 07/11/2024 | HLP | Update Critical Dates Chart re: hearing continuation for Second Day Motions (Phila. Ortho.) | 0.20 | 28.00 | 122 |
| 07/12/2024 | HLP | Update Critical Dates Chart and circulate to team | 0.10 | 14.00 | 123 |
| 07/19/2024 | HLP | Update Critical Dates Chart and circulate to team (Phila. Ortho.) | 0.20 | 28.00 | 126 |
| 07/22/2024 | KLH | Review Monthly Operating Reports and information supporting same and correspondence with client re: same (Phila. Ortho.-1.2/J.Davis-1.2) | 2.40 | 1,020.00 | 131 |
| | KLH | Attend to matters related to claims bar date motion and various e-mails and TC with KAM related to service of Claims Bar Date Notice (Phila. Ortho.-.5/J.Davis-.2) | 0.70 | 297.50 | 132 |
| 07/26/2024 | PJC | Review of updated Critical Dates Chart; considered upcoming deadlines and e-mail exchange with KLH and HLP re: same (Phila. Ortho.-.2/J.Davis-.1) | 0.30 | 165.00 | 127 |
| | PJC | E-mail to J. Davis re: completing second financing counseling class (J. Davis) | 0.10 | 55.00 | 128 |
| | HLP | Update Critical Dates Chart and circulate same | 0.20 | 28.00 | 129 |
| 07/30/2024 | HLP | Prepare Monthly Operating Reports (5/21/2024 - 6/30/2024) for both bankruptcy cases; attend to filing same (Phila. Ortho.-.3/J.Davis-.3) | 0.60 | 84.00 | 130 |
| | KLH | Revisions to MORs; e-mails with J Davis and coordinate filing of same with HLP (Phila. Ortho.-.9/J.Davis-.9) | 1.80 | 765.00 | 137 |
| 07/31/2024 | PJC | Conference with KLH re: various case issues and strategy for Plan and open case matters (Phila. Ortho.-.3/J.Davis-.2) | 0.50 | 275.00 | 133 |

Philadelphia Orthodontics, PC

Page 8
08/26/2024
ACCOUNT NO:      8856-07D
STATEMENT NO:      1

Case Administration

| | | | HOURS | | |
|---|---|---|---|---|---|
| KLH | Meeting with PJC re: matters related to strategy in cases (Phila. Ortho.-.3/J.Davis-.2) | | 0.50 | 212.50 | 134 |
| KLH | Research re: subV discharge matters; research re: assumption in subV; and begin draft motions to extend deadline to assume or reject lease (Phila. Ortho.) | | 2.90 | 1,232.50 | 135 |
| KLH | Various e-mails with Jamie and Josh re: matters related to MORs and upcoming cash flow (Phila. Ortho.) | | 0.50 | 212.50 | 136 |
| | FOR CURRENT SERVICES RENDERED | | 138.00 | 61,307.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Paul J. Cordaro | 42.10 | $550.00 | $23,155.00 |
| Kaitlan Monahan | 0.30 | 100.00 | 30.00 |
| Kathryn L. Harrison | 86.80 | 425.00 | 36,890.00 |
| Heather L. Penn | 8.80 | 140.00 | 1,232.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 61,307.00 |
| BALANCE DUE | $61,307.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.



**CAMPBELL**
**& LEVINE, LLC** | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:   1

Philadelphia Orthodontics, PC
Joshua Davis

Statement Date:   August 26, 2024
Statement No.   1
Account No.   8856.08

Claims Administration and Objections

INTERIM STATEMENT

HOURS

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 05/23/2024 | HLP | Prepare Proof of Claim spreadsheets for chapter 11 bankruptcy cases (Phila. Ortho.-.3/J.Davis-.3) | 0.60 | 84.00 | 1 |
| 06/05/2024 | HLP | Update Proof of Claim spreadsheet for Davis case (J. Davis) | 0.20 | 28.00 | 2 |
| 06/06/2024 | HLP | Update Proof of Claim spreadsheet for Davis case (J. Davis) | 0.20 | 28.00 | 3 |
| 06/10/2024 | HLP | Update Proof of Claim spreadsheet in Davis case (J. Davis) | 0.20 | 28.00 | 4 |
| 06/18/2024 | HLP | Update Proof of Claim spreadsheet for Davis case (J. Davis) | 0.20 | 28.00 | 5 |
| 06/25/2024 | PJC | E-mail exchange with R. Brinkley re: POC deadline (Phila. Ortho.) | 0.20 | 110.00 | 6 |
| 06/27/2024 | PJC | Review of and edits to Motions to Set Claims Bar Date and e-mail to KLH re: same (Phila. Ortho.) | 1.20 | 660.00 | 7 |
| 07/01/2024 | HLP | Update Proof of Claim spreadsheet in Davis case (J. Davis) | 0.40 | 56.00 | 8 |
| | PJC | Review of revised Motion to Set Claims Bar Date and e-mail to KLH with final revisions (Phila. Ortho.) | 0.60 | 330.00 | 10 |
| 07/08/2024 | HLP | Extensive updates to Proof of Claim spreadsheets (Phila. Ortho.-.3/J.Davis-1.0) | 1.30 | 182.00 | 9 |
| 07/19/2024 | HLP | Updates to Proof of Claim spreadsheets (Phila. Ortho.) | 0.30 | 42.00 | 11 |
| 07/26/2024 | HLP | Updates to Proof of Claim spreadsheets in both bankruptcy cases (Phila. Ortho.-.5/J.Davis-.5) | 1.00 | 140.00 | 12 |
| | | FOR CURRENT SERVICES RENDERED | 6.40 | 1,716.00 | |

Philadelphia Orthodontics, PC

Claims Administration and Objections

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Paul J. Cordaro | 2.00 | $550.00 | $1,100.00 |
| Heather L. Penn | 4.40 | 140.00 | 616.00 |

TOTAL CURRENT WORK                                   1,716.00

BALANCE DUE                                          $1,716.00

# CAMPBELL
# & LEVINE, LLC | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:   1

Philadelphia Orthodontics, PC
Joshua Davis

Statement Date:   August 26, 2024
Statement No.   1
Account No.   8856.11

Employment and Fee Applications

INTERIM STATEMENT

HOURS

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 05/21/2024 | PJC | Review of and revisions to Application to Engage C&L, PJC Declaration in Support, and proposed Order; Review of C&L bills and other documents necessary to revise PJC Declaration (Phila. Ortho.-1.4/J.Davis-1.0) | 2.40 | 1,320.00 | 1 |
| 05/30/2024 | PJC | Prepare for call with D. Adams re: Application to engage C&L in both cases (Phila. Ortho.-.4/J.Davis-.4) | 0.80 | 440.00 | 2 |
| | PJC | Telephone conference with KLH to discuss e-mail from D. Adams re: Application to Engage C&L (Phila. Ortho.-.3/J.Davis-.3) | 0.60 | 330.00 | 3 |
| | PJC | Telephone conference with D. Adams and KLH re: Application to Engage C&L (Phila. Ortho.-.3/J.Davis-.2) | 0.50 | 275.00 | 4 |
| | PJC | Post Adams call debriefing with KLH (Phila. Ortho.-.2/J.Davis-.1) | 0.30 | 165.00 | 5 |
| | KLH | Telephone conference with PJC re: matters related to application for employment for C&L; follow up Telephone conference with D. Adams at UST Office re: same (Phila. Ortho.-.6/J.Davis-.3) | 0.90 | 382.50 | 6 |
| | KLH | Research and draft response to UST re: matters related to engagement of C&L and streamline of subchapter V case for purposes of administration and maximizing estate (Phila. Ortho.-2.2/J.Davis-1.0) | 3.20 | 1,360.00 | 7 |
| 06/04/2024 | PJC | Commence drafting response letter to D. Adams re: Debtors engagement of C&L (J. Davis) | 0.70 | 385.00 | 8 |
| | KLH | Research and draft response to UST re: engagement of C&L and joint administration (Phila. Ortho.-1.8/J.Davis-1.0) | 2.80 | 1,190.00 | 20 |
| 06/05/2024 | PJC | Continue drafting response letter to D. Adams re: Debtors engagement of C&L, AR, Declaration of Debtors' Ratification of APP to Engage C&L (Phila. Ortho.-3.3/J.Davis-3.0) | 6.30 | 3,465.00 | 9 |
| | PJC | Telephone conference with with KLH re: legal issues related | | | |

Philadelphia Orthodontics, PC

Employment and Fee Applications

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
|  |  | to C&L engagement (Phila. Ortho.-.3/J.Davis-.2) | 0.50 | 275.00 | 10 |
|  | KLH | Finalize response to UST re: matters related to request for information from UST re: Josh Davis (J. Davis) | 1.60 | 680.00 | 17 |
|  | KLH | Finalize research and information to PJC for letter to UST re: Campbell & Levine engagement issues (Phila. Ortho.-1.1/J.Davis-1.0) | 2.10 | 892.50 | 21 |
|  | KLH | Telephone conference with with PJC re: legal issues related to C&L engagement (Phila. Ortho.-.3/J.Davis-.2) | 0.50 | 212.50 | 22 |
| 06/06/2024 | PJC | Review and revisions to letter to D. Adams re: Application to Engage (Phila. Ortho.-1.6/J.Davis-1.0) | 2.60 | 1,430.00 | 11 |
|  | PJC | E-mail exchange with KLH re: legal research and language for letter to D. Adams re: Applications (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 12 |
|  | PJC | Telephone conference with with KLH re: legal research for letter to D. Adams re: Applications to Engage (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 13 |
|  | KLH | Telephone conference with with PJC re: legal research for letter to D. Adams re: Applications to Engage (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 170.00 | 23 |
| 06/07/2024 | PJC | Further revisions to letter to D. Adams re: C&L engagement, A/R Declaration and Ratifications finalized all documents and e-mail  to D. Adams re: same | 1.40 | 770.00 | 14 |
| 06/27/2024 | PJC | Telephone conference with with KLH re: response to D. Adams requests re: C&L engagement (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 15 |
|  | KLH | Review statements and create response to UST request for information related to application of fees; draft response to request for information related to preference and other matters re: C&L Engagement; telephone conference with PJC re: same (Phila. Ortho.-2.2/J.Davis-1.0) | 3.20 | 1,360.00 | 18 |
| 06/28/2024 | PJC | Review of draft response to D. Adams and revisions thereto re: C&L application (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 16 |
|  | KLH | Review statements and create response to UST request for information related to application of fees; draft response to request for information related to preference and other matters re: C&L Engagement; Research related to preference claims against counsel (Phila. Ortho.-2.2/J.Davis-2.0) | 4.20 | 1,785.00 | 19 |
| 07/01/2024 | PJC | Review of and revised response to D. Adams re: C&L engagement and finalize and send response to D. Adams (Phila. Ortho.-.6/J.Davis-.6) | 1.20 | 660.00 | 24 |
|  | PJC | Telephone conference with KLH re: response to D. Adams (Phila. Ortho.-.2/J.Davis-.1) | 0.30 | 165.00 | 25 |
| 07/05/2024 | PJC | Review of e-mails from D. Adams re: further requests on engagement; review of Orders approving engagement and UST Consent Orders Vacating Engagement Orders (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 26 |

Philadelphia Orthodontics, PC

08/26/2024
ACCOUNT NO:     8856-11D
STATEMENT NO:     1

Employment and Fee Applications

| | | | HOURS | | |
|---|---|---|---|---|---|
| | PJC | Telephone conference with KLH re: responses to D. Adams requests (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 27 |
| | KLH | Review request from US Trustee re: fees; review information in order to respond to same; e-mail to US Trustee re: same (Phila. Ortho.-.6/J.Davis-.3) | 0.90 | 382.50 | 28 |
| 07/10/2024 | PJC | Telephone conference with D. Adams re: objection to C&L engagement (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 29 |
| | PJC | Review of and revisions to Ratification of Application to Engage C&L and A/R Declaration, drafted Notice of same and e-mail to C&L team re: same (Phila. Ortho.-.5/J.Davis-.5) | 1.00 | 550.00 | 30 |
| 07/16/2024 | PJC | Initial review of UST Objecting to C&L engagement and consider same (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 31 |
| | PJC | Telephone conference with KLH re: UST objections (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 32 |
| | KLH | Draft Reply to US Trustee objection to C&L engagement (Phila. Ortho.-2.7/J.Davis-2.0) | 4.70 | 1,997.50 | 50 |
| 07/17/2024 | PJC | Telephone conference with KLH re: responding to UST Objection to C&L Engagement (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 33 |
| | PJC | Begin reviewing cases sited by UST in Objection (Phila. Ortho.-.3/J.Davis-.3) | 0.60 | 330.00 | 34 |
| | KLH | Revise and finalize draft Reply to US Trustee Objection to C&L Engagement; e-mails with PJC re: same (Phila. Ortho.-1.1/J.Davis-1.0) | 2.10 | 892.50 | 51 |
| 07/18/2024 | PJC | Review of and edits to draft reply to UST Objection; continued reviewed and consideration of UST Objection (Phila. Ortho.-.6/J.Davis-.6) | 1.20 | 660.00 | 35 |
| | KLH | Draft reply to US Trustee objection to engagement of C&L; e-mails with PJC re: same (Phila. Ortho.-2.8/J.Davis-1.0) | 3.80 | 1,615.00 | 49 |
| 07/19/2024 | PJC | Revised Reply to UST Objection to C&L Engagement; e-mail exchange with KLH re: revisions to Reply (Phila. Ortho.-.9/J.Davis-.7) | 1.80 | 990.00 | 36 |
| 07/21/2024 | PJC | Continued review of cases cited by UST in Objection to C&L Engagement (Phila. Ortho.-.6/J.Davis-.6) | 1.20 | 660.00 | 37 |
| 07/22/2024 | PJC | Continued revising and research case law for Reply to UST Objection to Application to Engage C&L and filed same (Phila. Ortho.-4.8/J.Davis-3.0) | 7.80 | 4,290.00 | 38 |
| | KLH | Telephone conference with PJC re: matters related to and preparation for hearing on Second day motions/ applications to engage (Phila. Ortho.-.4/J.Davis-.3) | 0.70 | 297.50 | 47 |
| | KLH | Revisions to response to application to engage; various Telephone conference with and e-mails with PJC related to same; finalize same for PJC to prepare for filing (Phila. Ortho.-1.9/J.Davis-1.0) | 2.90 | 1,232.50 | 48 |
| 07/23/2024 | PJC | Multiple Telephone conferences with KLH re: hearing | | | |

Philadelphia Orthodontics, PC

Page 4
08/26/2024
ACCOUNT NO:    8856-11D
STATEMENT NO:    1

Employment and Fee Applications

| | | | HOURS | | |
|---|---|---|---|---|---|
| | | strategy (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 39 |
| | PJC | Prepare for Hearing on Application to Engage C&L (Phila. Ortho.-2.8/J.Davis-2.0) | 4.80 | 2,640.00 | 40 |
| | PJC | Telephone conference with J. Davis re: hearing issues and strategy (Phila. Ortho.-.5/J.Davis-.5) | 1.00 | 550.00 | 41 |
| 07/24/2024 | PJC | Prepare for hearing on Applications to Engage C&L as counsel (Phila. Ortho.-.8/J.Davis-.7) | 1.50 | 825.00 | 42 |
| | PJC | Attended hearing on Application to Engage C&L as counsel (Phila. Ortho.-.8/J.Davis-.7) | 1.50 | 825.00 | 43 |
| | PJC | Post hearing debrief with KLH (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 44 |
| | PJC | Post hearing telephone conference with D. Adams re: hearing (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 45 |
| | PJC | Post hearing debriefing with client (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 46 |
| | | FOR CURRENT SERVICES RENDERED | 78.20 | 38,760.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Paul J. Cordaro | 44.20 | $550.00 | $24,310.00 |
| Kathryn L. Harrison | 34.00 | 425.00 | 14,450.00 |

TOTAL CURRENT WORK                                              38,760.00

BALANCE DUE                                              $38,760.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

# CAMPBELL
# & LEVINE, LLC | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:    1

Philadelphia Orthodontics, PC
Joshua Davis

Statement Date:    August 26, 2024
Statement No.    1
Account No.    8856.13

Financing and Cash Collateral

INTERIM STATEMENT

| | | | HOURS | | |
|---|---|---|---|---|---|
| 05/21/2024 | PJC | Review of and finalized Cash Collateral Budget; e-mail to KLH re: same (Phila. Ortho.) | 0.40 | 220.00 | 1 |
| | PJC | Telephone conference with KLH re: BOA and Cash Collateral matters (Phila. Ortho.) | 0.20 | 110.00 | 2 |
| | KLH | Telephone conference with PJC re: BOA and Cash Collateral matters (Phila. Ortho.) | 0.20 | 85.00 | 9 |
| 05/22/2024 | PJC | E-mail exchange with A. Dietz re: Motion for Use of Cash Collateral (Phila. Ortho.) | 0.20 | 110.00 | 3 |
| | PJC | Telephone conference with KLH re: Cash Collateral issues and BOA setoff (Phila. Ortho.) | 0.30 | 165.00 | 4 |
| | KLH | Telephone conference with PJC re: Cash Collateral issues and BOA setoff (Phila. Ortho.) | 0.30 | 127.50 | 10 |
| 05/23/2024 | PJC | Revisions to CC Order and e-mail to D. Adams re: same (Phila. Ortho.) | 0.50 | 275.00 | 5 |
| | PJC | E-mail exchange with KLH re: BOA Cash Collateral matters (Phila. Ortho.) | 0.30 | 165.00 | 6 |
| | KLH | E-mail exchange with PJC re: BOA Cash Collateral matters (Phila. Ortho.) | 0.30 | 127.50 | 11 |
| 05/24/2024 | PJC | Telephone conference with e-mail exchange with J. Davis re: cash collateral and Bank account issues (Phila. Ortho.) | 0.50 | 275.00 | 7 |
| 06/03/2024 | PJC | Review of Cash Collateral Budget and e-mail exchange with Philly Ortho team re: cash collateral matter (Phila. Ortho.) | 0.40 | 220.00 | 8 |
| 07/03/2024 | PJC | E-mail exchange with BOA counsel re: Use of Cash Collateral and Final Order (Phila. Ortho.) | 0.30 | 165.00 | 12 |
| 07/08/2024 | PJC | Review of and revisions to draft Final Cash Collateral Order prepared by counsel for BOA and e-mail exchange with BOA | | | |

Philadelphia Orthodontics, PC

ACCOUNT NO:    8856-13D
STATEMENT NO:    1
08/26/2024

Financing and Cash Collateral

|  |  | HOURS |  |  |
|---|---|---|---|---|
|  | counsel re: same and further revisions and logistics for filing COC and contents thereto (Phila. Ortho.) | 1.70 | 935.00 | 13 |
| KLH | Redline Cash Collateral Order and discuss Cash Collateral matters with PJC; create certification of counsel related to Final CC Order and prepare for filing with KAM (Phila. Ortho.) | 1.90 | 807.50 | 14 |
|  | FOR CURRENT SERVICES RENDERED | 7.50 | 3,787.50 |  |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Paul J. Cordaro | 4.80 | $550.00 | $2,640.00 |
| Kathryn L. Harrison | 2.70 | 425.00 | 1,147.50 |

TOTAL CURRENT WORK                                                3,787.50

BALANCE DUE                                                      $3,787.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.



**CAMPBELL & LEVINE, LLC** | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:    1

Philadelphia Orthodontics, PC
Joshua Davis

Statement Date:     August 26, 2024
Statement No.                        1
Account No.                 8856.16

Non-Working Travel

INTERIM STATEMENT

| | | | HOURS | | |
|---|---|---|---|---|---|
| 05/23/2024 | PJC | Travel to/from Court for First Day Hearings | 2.00 | 1,100.00 | 1 |
| 07/10/2024 | PJC | Travel to and from court for Second Day Hearing | 2.60 | 1,430.00 | 2 |
| 07/24/2024 | PJC | Travel to/from court for hearings | 2.00 | 1,100.00 | 3 |
| | | FOR CURRENT SERVICES RENDERED | 6.60 | 3,630.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Paul J. Cordaro | 6.60 | $550.00 | $3,630.00 |

TOTAL CURRENT WORK                              3,630.00

BALANCE DUE                              $3,630.00

Any payments received after the statement date will be applied to next month's
statement.  Please note your account number on your payment.  Thank you.

# CAMPBELL
## & LEVINE, LLC | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:   1

Philadelphia Orthodontics, PC
Joshua Davis

Statement Date:   August 26, 2024
Statement No.   1
Account No.   8856.17

Plan and Disclosure Statement

INTERIM STATEMENT

HOURS

| Date | TK | Description | Hours | Rate | # |
|------|-----|-------------|-------|------|---|
| 06/04/2024 | PJC | E-mail exchange with J. Davis and KLH re: Davis and Philly Ortho Schedules/SOFA (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 1 |
| | PJC | E-mail exchange with client team re: UST reporting requirements fr both Davis and Philly Ortho (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 2 |
| 06/12/2024 | PJC | Legal research re: substantive consolidation and implementation in Plan (Phila. Ortho.-1.2/J.Davis-1.0) | 2.20 | 1,210.00 | 3 |
| 06/23/2024 | PJC | Review of and edits to Philly Ortho Status Report and e-mail to KLH re: same (Phila. Ortho.) | 0.40 | 220.00 | 4 |
| | PJC | Review of and edits Davis Status Report and e-mail to KLH re: same (J. Davis) | 0.40 | 220.00 | 5 |
| 06/26/2024 | PJC | Review of and further revisions to Status Report for Philly Ortho and e-mail to client and KLH re: same (Phila. Ortho.) | 0.50 | 275.00 | 6 |
| | PJC | Review of and further revisions to Status Report for J. Davis and e-mail to client and KLH re: same (J. Davis) | 0.50 | 275.00 | 7 |
| 07/05/2024 | PJC | Telephone conference with with J. Davis re: initial Plan discussion (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 8 |
| 07/10/2024 | PJC | Telephone conference with M. Pfeiffer re: tax return request and Plan concepts (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 9 |
| | | FOR CURRENT SERVICES RENDERED | 5.40 | 2,970.00 | |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Paul J. Cordaro | 5.40 | $550.00 | $2,970.00 |

Philadelphia Orthodontics, PC

ACCOUNT NO:      8856-17D
STATEMENT NO:                1

Plan and Disclosure Statement

TOTAL CURRENT WORK                                    2,970.00

BALANCE DUE                                          $2,970.00

Any payments received after the statement date will be applied to next month's
statement.  Please note your account number on your payment.  Thank you.

# CAMPBELL
# & LEVINE, LLC | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

Page:    1

|  | | |
|---|---|---|
| Statement Date: | August 26, 2024 |
| Statement No. | 1 |
| Account No. | 8856.20 |

Philadelphia Orthodontics, PC
Joshua Davis

Reporting

INTERIM STATEMENT

HOURS

| Date | Atty | Description | Hours | Amount | # |
|---|---|---|---|---|---|
| 06/03/2024 | PJC | Review of Philly Ortho draft Schedules and statement of SOFA and e-mail to KLH with comments to same (Phila. Ortho.) | 1.60 | 880.00 | 1 |
| | PJC | Review of Josh Davis draft Schedules and SOFA and e-mail to KLH with comments to same (J. Davis) | 1.50 | 825.00 | 2 |
| | PJC | Zoom meeting with KLH re: Schedules and SOFA for both Philly Ortho and Davis (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 220.00 | 3 |
| | KLH | Telephone conference with PJC to discuss matters related to case administration (Phila. Ortho.-.3/J.Davis-.2) | 0.50 | 212.50 | 16 |
| | KLH | Zoom meeting with PJC re: Schedules and SOFA for both Philly Ortho and Davis (Phila. Ortho.-.2/J.Davis-.2) | 0.40 | 170.00 | 17 |
| 06/04/2024 | PJC | Review of revised schedules and SOFA of Josh Davis and e-mail to KLH re: same (J. Davis) | 1.30 | 715.00 | 4 |
| | PJC | Review of revised Schedules and SOFA of Philly Ortho and e-mail to KLH re: same (Phila. Ortho.) | 1.30 | 715.00 | 5 |
| | PJC | Multiple Telephone conferences with with KLH re: revisions Philly Ortho and Davis Schedules and SOFA (Phila. Ortho.-.5/J.Davis-.5) | 1.00 | 550.00 | 6 |
| 06/05/2024 | PJC | E-mail exchange with J. Gannone re: IDI and document requests (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 7 |
| | PJC | Telephone conference with KLH re: IDI responses (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 13 |
| 06/06/2024 | PJC | Review of Response to IDI requests for Philly Ortho (Phila. Ortho.) | 0.20 | 110.00 | 8 |
| | PJC | Review of Response of IDI requests for Davis (J. Davis) | 0.10 | 55.00 | 9 |
| 06/07/2024 | PJC | Participated in IDI for Davis (J. Davis) | 1.10 | 605.00 | 10 |
| | PJC | Participated in IDI for Philly Ortho (Phila. Ortho.) | 0.40 | 220.00 | 11 |
| | PJC | Post-IDI debriefing with KLH (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 12 |

Philadelphia Orthodontics, PC

08/26/2024
ACCOUNT NO:     8856-20D
STATEMENT NO:              1

Reporting

|  |  |  | HOURS |  |  |
|---|---|---|---|---|---|
| 06/14/2024 | PJC | Review of COI and e-mail re: UST reporting matters (Phila. Ortho.-.1/J.Davis-.1) | 0.20 | 110.00 | 14 |
|  | PJC | Telephone conference with KLH re: UST request for COI (Phila. Ortho.) | 0.10 | 55.00 | 15 |
| 07/08/2024 | PJC | E-mail exchange with A. Stevenson re: filing Equity Holders in Davis case ; review of Bankruptcy Rule 1007 re: same (Phila. Ortho.) | 0.30 | 165.00 | 18 |
|  |  | FOR CURRENT SERVICES RENDERED | 11.00 | 5,937.50 |  |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Paul J. Cordaro | 10.10 | $550.00 | $5,555.00 |
| Kathryn L. Harrison | 0.90 | 425.00 | 382.50 |

TOTAL CURRENT WORK                                          5,937.50

BALANCE DUE                                                        $5,937.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

# CAMPBELL
## & LEVINE, LLC | Attorneys at Law

310 Grant Street
Suite 1700
Pittsburgh, PA  15219
412-261-0310

|  | | Page: | 1 |
| --- | --- | --- | --- |
|  |  | Statement Date: | August 26, 2024 |
| Philadelphia Orthodontics, PC | | Statement No. | 1 |
| Joshua Davis | | Account No. | 8856.20 |

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
| --- | --- | --- | --- | --- | --- |
| **8856-00 Post-Petition** | | | | | |
| toothstraightener@gmail.com | | | | | |
| 0.00 | 0.00 | 2,822.63 | 0.00 | 0.00 | $2,822.63 |
| **8856-06 Business Operations** | | | | | |
| 0.00 | 292.50 | 0.00 | 0.00 | 0.00 | $292.50 |
| **8856-07 Case Administration** | | | | | |
| 0.00 | 61,307.00 | 0.00 | 0.00 | 0.00 | $61,307.00 |
| **8856-08 Claims Administration and Objections** | | | | | |
| 0.00 | 1,716.00 | 0.00 | 0.00 | 0.00 | $1,716.00 |
| **8856-11 Employment and Fee Applications** | | | | | |
| 0.00 | 38,760.00 | 0.00 | 0.00 | 0.00 | $38,760.00 |
| **8856-13 Financing and Cash Collateral** | | | | | |
| 0.00 | 3,787.50 | 0.00 | 0.00 | 0.00 | $3,787.50 |
| **8856-16 Non-Working Travel** | | | | | |
| 0.00 | 3,630.00 | 0.00 | 0.00 | 0.00 | $3,630.00 |
| **8856-17 Plan and Disclosure Statement** | | | | | |
| 0.00 | 2,970.00 | 0.00 | 0.00 | 0.00 | $2,970.00 |
| **8856-20 Reporting** | | | | | |
| 0.00 | 5,937.50 | 0.00 | 0.00 | 0.00 | $5,937.50 |
| 0.00 | 118,400.50 | 2,822.63 | 0.00 | 0.00 | $121,223.13 |

Any payments received after the statement date will be applied to next month's
statement.  Please note your account number on your payment.  Thank you.